CSD 1801 [04/14/08]

Name, Address, Telephone No. & I.D. No.
**Christopher R. Bush 243471**
**Doan Law and Professional Terrace**
**2850 Pio Pico Drive, Suite D**
**Carlsbad, CA 92008**
**(760) 450-3333**
**243471**

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**Harold Alan Watson**
**Imelda Catanghal Watson**

BANKRUPTCY NO.

Debtor.

## DECLARATION RE: ELECTRONIC FILING OF
## PETITION, SCHEDULES & STATEMENTS

PART I - DECLARATION OF PETITIONER

I [We]  **Harold Alan Watson**  and  **Imelda Catanghal Watson**  , the undersigned debtor(s), *hereby declare under penalty of perjury* that the information I have given my attorney and the information provided in the electronically filed petition, statements, and schedules is true and correct. I consent to my attorney sending my petition, this declaration, statements and schedules to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be filed with the Clerk once all schedules have been filed electronically but, in no event, no later than 15 days following the date the petition was electronically filed. I understand that failure to file the signed original of this DECLARATION will cause my case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice.

☐   [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter specified in this petition.

☐   [If petitioner is a corporation or partnership] I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

Dated: **December 30, 2008**
Signed: _____          _____
**Harold Alan Watson**                                      **Imelda Catanghal Watson**
(Applicant)                                                (Joint Applicant)

PART II - DECLARATION OF ATTORNEY

I *declare under penalty of perjury* that I have informed the petitioner, if an individual, that [he or she] may proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that I have no knowledge after an inquiry that the information in the schedules is incorrect.

Dated: **December 30, 2008**

_____
**Christopher R. Bush 243471**
Attorney for Debtor(s)

CSD 1801

Software Copyright (c) 1996-2008 Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B21 (Official Form 21) (12/07)

## STATEMENT OF SOCIAL-SECURITY NUMBER OR
## INDIVIDUAL TAXPAYER-IDENTIFICATION NUMBER (ITIN)

### United States Bankruptcy Court
### Southern District of California

In re **Harold Alan Watson**
    **AKA Harold Watson**
    **Imelda Catanghal Watson**
    **AKA Imelda Watson**
                                    Debtor

Address **1908 Wheatville St.**
        **Chula Vista, CA 91913**

Case No. _____

Chapter **13**

Employer's Tax Identification (EIN) No(s). [if any]: _____
Last four digits of Social Security No(s).:    **xxx-xx-3432 & xxx-xx-0299**

### STATEMENT OF SOCIAL-SECURITY NUMBER(S)
*(or other Individual Taxpayer-Identification Number(s) (ITIN(s)))*

1. Name of Debtor (enter Last, First, Middle): **Watson, Harold Alan**
*(Check the appropriate box and, if applicable, provide the required information.)*

   ■ Debtor has a Social Security Number and it is: **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**
       *(If more than one, state all.)*
   ☐ Debtor does not have a Social Security Number but has an Individual Taxpayer-Identification Number (ITIN), and it is: ___.
       *(If more than one, state all.)*
   ☐ Debtor does not have either a Social-Security Number or an Individual Taxpayer-Identification Number (ITIN).

2. Name of Joint Debtor (enter Last, First, Middle): **Watson, Imelda Catanghal**
*(Check the appropriate box and, if applicable, provide the required information.)*

   ■ Joint Debtor has a Social Security Number and it is: **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**
       *(If more than one, state all.)*
   ☐ Joint Debtor does not have a Social Security Number but has an Individual Taxpayer-Identification Number and it is: ___.
       *(If more than one, state all.)*
   ☐ Joint Debtor does not have a Social Security Number or an Individual Taxpayer Identification Number (ITIN).

I declare under penalty of perjury that the foregoing is true and correct.

X _____    **December 30, 2008**
  **Harold Alan Watson**                Date
  Signature of Debtor

X _____    **December 30, 2008**
  **Imelda Catanghal Watson**           Date
  Signature of Joint Debtor

*Joint debtors must provide information for both spouses.*
Penalty for making a false statement: Fine of up to $250,000 or up to 5 years imprisonment or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2007 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy